**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**James Lynn HEFFERMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 7, 2015.
Decided Oct. 16, 2015.

***ORDER***

PER CURIAM

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**